**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MORTGAGE INVESTMENTS, LLC | : | No. 306 EAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| ALIYA TASHA BASIL, ALIYA'S LITTLE PEOPLE, LLC, OCCUPANTS | : | |
| | : | |
| PETITION OF: ALIYA BASIL | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.